**Order entered March 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00583-CV

## J. WAYNE JOHNSON, Appellant

## V.

## HERRING BANK, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15858**

## ORDER

We **GRANT** appellant's March 20, 2015 motion to file or leave to extend reply to appellee Herring Bank's brief and **ORDER** the reply brief tendered to the Court on March 12, 2015 filed as of the date of this order.

/s/    CRAIG STODDART
           JUSTICE